**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Charlie Espejo                                    CHAPTER 13
              Angelica Espejo
                          Debtor(s)                    BKY. NO. 23-11619 DJB


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.


Respectfully submitted,


/s/ *Matthew Fissel*
Matthew Fissel
13 Mar 2026, 09:07:53, EDT


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 05e1af2d253cdc4d600b47f6431b6b9bd06ff2949effefdf6a0540b1369db036