United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 23-11619-djb

Charlie Espejo                                                                      Chapter 13

Angelica Espejo

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 19, 2026 | Form ID: 138OBJ | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charlie Espejo, Angelica Espejo, 5430 Charles Street, Philadelphia, PA 19124-1405 |
| 14786919 | + | Einstein Hospital, 5501 Old York Rd, Philadelphia, PA 19141-3091 |
| 14786920 | | Einstein Medical Center, Broad and Olney Avenues, Philadelphia, PA 19140 |
| 14786922 | + | Jeanes Hospital, 7600 Central Ave., Philadelphia, PA 19111-2499 |
| 14786923 | + | Jeanes Hospital, Attn: Cashier, 7600 Central Avenue, Philadelphia, PA 19111-2499 |
| 14786924 | + | Jefferson Health, PO Box 8500-3100, Philadelphia, PA 19178-0001 |
| 14786925 | | Jefferson Univ. Hosp., POBox 3475, Toledo, OH 43607-0475 |
| 14786937 | + | Thomas Jefferson University Hospital, 111 South 11th Street, Philadelphia, PA 19107-5084 |
| 14786936 | + | Thomas Jefferson University Hospital, 1020 Walnut Street, Scott Bldg., Room 539, Philadelphia, PA 19107-5567 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14786907 | Email/Text: bankruptcy@aacreditunion.org | Mar 20 2026 01:45:00 | American Airlines FCU, Attn: Bankruptcy, P.O. Box 619001 Md 2100, Dallas, TX 75261 |
| 14786908 | Email/Text: bankruptcy@aacreditunion.org | Mar 20 2026 01:45:00 | American Airlines FCU, Attn: Bankruptcy, P.O. Box 619001 Md 2100, Dew Airport, TX 75261 |
| 14786913 | Email/Text: collectors@arresourcesinc.com | Mar 20 2026 01:45:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14801638 | + Email/Text: BK@servicingdivision.com | Mar 20 2026 01:45:00 | Allied First Bank, SB dba Servbank, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14797571 | Email/PDF: bncnotices@becket-lee.com | Mar 20 2026 02:03:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14786911 | + Email/PDF: bncnotices@becket-lee.com | Mar 20 2026 02:03:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14807882 | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14786914 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 02:03:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 19, 2026 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| 14798265 | + Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:04:14 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14786915 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 02:03:27 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 14786916 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 20 2026 02:03:55 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14786917 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 20 2026 01:46:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14789540 | Email/Text: mrdiscen@discover.com | Mar 20 2026 01:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14786918 | + Email/Text: mrdiscen@discover.com | Mar 20 2026 01:45:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14786921 | Email/Text: BNSFN@capitalsvcs.com | Mar 20 2026 01:45:00 | First National Bank/Legacy, Attn: Bankruptcy, Po Box 5097, Sioux Falls, SD 57117 |
| 14805998 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2026 01:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14788105 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 02:03:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15114992 | ^ MEBN | Mar 20 2026 01:43:22 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14797563 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2026 02:03:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14786926 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 20 2026 02:03:25 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14805954 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:04:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14805877 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2026 02:03:55 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14804326 | Email/Text: bnc-quantum@quantum3group.com | Mar 20 2026 01:46:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14786927 | Email/Text: BK@servicingdivision.com | Mar 20 2026 01:45:00 | Servbank, P.O. Box 650094, Dallas, TX 75265-0094 |
| 15032302 | + Email/Text: BK@servicingdivision.com | Mar 20 2026 01:45:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14856656 | + Email/Text: BK@servicingdivision.com | Mar 20 2026 01:45:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14786928 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:03:22 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14786929 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:03:53 | Syncb/Wal-Mart, PO Box 965024, Orlando, FL 32896-5024 |
| 14805318 | + Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:03:26 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14805500 | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 20 2026 02:03:25 | Synchrony Bank by AIS InfoSource LP as agent, PO Box 4457, Houston TX 77210-4457 |
| 14786930 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:03:24 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14786932 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 20 2026 02:03:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | | Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14786933 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Mar 20 2026 02:03:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14806041 | Email/Text: bncmail@w-legal.com | | |
| | | Mar 20 2026 01:46:00 | TD BANK USA, N.A, C/O WEINSTEIN & RILEY, PS, 749 Gateway, Suite G-601, Abilene, TX 79602 |
| 14786934 | + Email/Text: bncmail@w-legal.com | | |
| | | Mar 20 2026 01:46:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14786935 | + Email/Text: BK@servicingdivision.com | | |
| | | Mar 20 2026 01:45:00 | The Money Source Inc., 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14786910 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P O BOX 619001, MD 2100, DFW AIRPORT TX 75261-9001, address filed with court:, American Airlines FCU, Attn: Bankruptcy, P.O. Box 619001 Md 2100, Dew Airport, TX 75261 |
| 14786909 | *P++ | AMERICAN AIRLINES FEDERAL CREDIT UNION, P O BOX 619001, MD 2100, DFW AIRPORT TX 75261-9001, address filed with court:, American Airlines FCU, Attn: Bankruptcy, P.O. Box 619001 Md 2100, Dew Airport, TX 75261 |
| 14797573 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14786912 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14786931 | *+ | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | |
| | on behalf of Debtor Charlie Espejo ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | |
| | on behalf of Joint Debtor Angelica Espejo ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | |
| | on behalf of Creditor Allied First Bank  SD d/b/a Servbank kebeck@metzlewis.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0313-2                          User: admin                                    Page 4 of 4
Date Rcvd: Mar 19, 2026                       Form ID: 138OBJ                               Total Noticed: 47

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 138OBJ* (6/24)–doc 49 – 47

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Charlie Espejo | ) | Case No. 23–11619–djb |
| | ) | |
| | ) | |
|   Angelica Espejo | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 19, 2026

For The Court

Mohung Wong
Clerk of Court