**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Charlie  Espejo |
| Debtor 2 (Spouse, if filing) | Angelica  Espejo |
| United States Bankruptcy Court for the: | Eastern    District of    Pennsylvania (State) |
| Case number | 23-11619 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   Allied First Bank, SB dba Servbank

**Court claim no.** (if known):   12-1

**Last four digits** of any number you use to identify the debtor's account:   4005

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒   No
☐   Yes. Date of the last notice: _____.

## Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | | Amount |
|---|---|---|---|---|---|
| 1. | Late charges | | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | | (2) | |
| 3. | Attorney fees | | | (3) | |
| 4. | Filing fees and court costs | | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim | 07/25/2023 | (5) | $500.00 |
| 6. | Appraisal/Broker's price opinion fees | | | (6) | |
| 7. | Property inspection fees | | | (7) | |
| 8. | Tax advances (non-escrow) | | | (8) | |
| 9. | Insurance advances (non-escrow) | | | (9) | |
| 10. | Property preservation. Specify: | | | (10) | |
| 11. | Other. Specify: | Plan Review Fee | 06/07/2023 | (11) | $450.00 |
| 12. | Other. Specify: | | | (12) | |
| 13. | Other. Specify: | | | (13) | |
| 14. | Other. Specify: | | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | | (15) | $950.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Charlie  Espejo | Case Number (if known) | 23-11619 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

## Part 2:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Mukta Suri
_____
Signature

Date   08/09/2023

Print    Mukta Suri
         _____
         First Name    Middle Name    Last Name

Title    Authorized Agent for Allied First Bank, SB dba Servbank

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 350
           Number              Street

           Dallas, Texas  75254
           City          State          ZIP Code

Contact phone    (972) 643-6600          Email    POCInquiries@BonialPC.com

---

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before August 11, 2023 via electronic notice unless otherwise stated.

**Debtor**          *Via U.S. Mail*
Charlie Espejo
5430 Charles Street
Philadelphia, PA 19124

**Debtor**          *Via U.S. Mail*
Angelica Espejo
5430 Charles Street
Philadelphia, PA 19124

**Debtors' Attorney**
David M. Offen
The Curtis Center
601 Walnut Street Suite 160 West
Philadelphia, PA  19106

**Chapter 13 Trustee**
Kenneth E. West
1234 Market Street, Suite 1813
Philadelphia, Pennsylvania 19107

Respectfully Submitted,

/s/ Mukta Suri